UNITED STATES DISTRICT COURT
for
NORTHERN DISTRICT OF TEXAS

# Report on Person Under Supervision - Early Termination Requested

| | |
|---|---|
| Person Under Supervision: | Andrew Jonathan Hillman |
| Case No's.: | 3:18-CR-00475-JJZ(1) & 3:16-CR-00516-JJZ(19) |
| Name of Sentencing Judge: | U.S. District Judge Jack Zouhary |
| Date of Original Sentence: | December 19, 2019 |
| Original Offense: | Case No.: 3:18-CR-00475-JJZ(1): Count 1 of the Information: Conspiracy to Commit Money Laundering, 18 U.S.C. §§ 1956(h) & (a)(1)(B)(i), a Class C felony.<br>Case No.: 3:18-CR-00516-JJZ(19): Count 1 of the Superseding Indictment: Conspiracy to Pay and Receive Health Care Bribes and Kickbacks, 18 U.S.C. §371, a Class D felony. |
| Original Sentence: | Case No.: 3:18-CR-00475-JJZ(1): 66 months custody, 3-year term of supervised release (run concurrently with Case No. 3:18-CR-00516-JJZ(19).<br>Case No.: 3:18-CR-00516-JJZ(19): 60 months custody, 3-year term of supervised release (run concurrently with Case No. 3:18-CR-00475-JJZ(1). |
| Revocations: | None |
| Type of Supervision: | Supervised Release |
| Date Supervision Commenced: | May 11, 2022 |
| Assistant U.S. Attorney: | Chad E. Meacham |
| Defense Attorney: | Brian Daniel Poe (Retained) |

## Request to Terminate Supervision Prior to the Original Expiration Date

The following information/request is being presented for the Court's review and decision:

Andrew Jonathan Hillman began his term of supervised release on May 11, 2022, in the Northern District of Texas, Dallas Division. Upon release from custody, he established a stable residence and continues to reside in Dallas, Texas. He has maintained consistent employment and is currently employed as a paralegal with MLF Legal in Dallas, Texas, since the commencement of his supervision.

While on supervised release, he successfully completed his special conditions; including paying his restitution in full and cooperated with his supervision officer. Upon release from custody, he was enrolled in random drug testing at Phoenix Associates Counseling in Dallas, Texas. He was successfully terminated from all services on January 30, 2023. Additionally, since the commencement of his supervised release he has rebuilt relationships with his family members and is active in his community.

Mr. Hillman has demonstrated a willingness and capability to remain lawful beyond the period of supervision. A criminal records check was completed on September 17, 2024, which revealed he has no new criminal history since being placed on supervised release.

Pursuant to Rule 32.1(c) of the Federal Rule of Criminal Procedure, the Office of the U.S. Attorney was advised of our plan to request an early termination of supervision ten business days prior to submission to

the Court. Assistant U.S. Attorney Rachael Jones has been notified of the request for early termination and agrees with the recommendation.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on September 25, 2024
Respectfully submitted,

s/Holly Garza
Supervising U.S. Probation Officer
HD
Wichita Falls Division
Phone: 972-955-0928

**Order of the Court:**

- [X] Petition is Granted. The Court agrees with the recommendation of the probation officer and orders that Andrew Jonathan Hillman be discharged from supervision and the proceedings in these cases be terminated.
- [ ] Petition is Denied.
- [ ] Other or Additional:
- [ ] File under seal until further order of the Court.

***s/ Jack Zouhary***
Jack Zouhary
U.S. District Judge

***October 2, 2024***
Date

HD

* Attachment